

EXHIBIT A















