.















# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-080-163


EFFECTIVE DATE OF REGISTRATION

06 / 19 / 2001
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
FIRST PROFESSIONAL PHOTO SESSION OF ALBERT MARRION

NATURE OF THIS WORK ▼ See Instructions
PHOTOGRAPH

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼
Albert Marrion

DATES OF BIRTH AND DEATH
Year Born ▼ 1903    Year Died ▼ 1988

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
Citizen of ▶ England
OR Domiciled in ▶ Liverpool

Was This Author's Contribution to the Work:
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
Citizen of ▶
OR Domiciled in ▶

Was This Author's Contribution to the Work:
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed   1961 ◀ Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 30   Year ▶ 1989
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Gary Schaeffer
30 West 63rd Street, Apt. 8M
New York, New York 10023

APPLICATION RECEIVED
JUN 19 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 19 2001
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Author transferred all rights to Gareth L. Pawlowski on May 19, 1978. Ronald Edwards, the brother of

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Pawlowski inherited all rights upon the death of Pawlowski on February 22, 1995; and Ronald Edwards transferred all right to Gary Schaeffer on January 25, 2001

EXHIBIT B

\* Amended by CO per authority granted by letter from Mark
J. Ingber, received on June 28, 2001.

\*\* Special Relief granted under
Sec. 202.20(d) of the C.O. Reg.

| EXAMINED BY | JHA | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☒ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** a

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Mark J. Ingber, Esq.
WATERS, McPHERSON, McNEILL, P.C.
300 Lighting Way
Secaucas, NJ 07096
Area code and daytime telephone number ▶ (201) 863-4400           Fax number ▶ (201) 863-2866
Email ▶ MJI123@lawwmm.com

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Gary Schaeffer
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Mark J. Ingber, Esq.                                  Date ▶ June 18, 2001
Handwritten signature (X) ▼
X _____

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ Mark J. Ingber, Esq. WATERS, McPHERSON, McNEILL, P.C. |
|---|---|
| | Number/Street/Apt ▼ 300 Lighting Way |
| | City/State/ZIP ▼ Secaucus, NJ 07096 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.