Case 1:07-cv-09607-JSR    Document 3    Filed 11/27/2007    Page 1 of 1



**D&B**
Decide with Confidence

| ACCOUNT# | DUNS # | INVOICE # | INVOICE DATE | TOTAL AMOUNT | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 3340-294906666 | 00-000-0000 | 8781422-01 | 10/05/2007 | -159.15 | |

LAW OFFICE OF MARK J INBER
MARK INGBER
181 MILLBURN AVE STE 202
MILLBURN            NJ 07041-1811

D&B
75 Remittance Drive, Suite 1804
Chicago, IL 60675-1804

**FOR INTERNAL USE**
ORG Subscriber #: 294906666     Offer#: 006719861

For CUSTOMER SERVICE or other questions call (800) 234-3867

D&B FED ID# 22-3582360

Page 1 of 2

# EXPRESS STATEMENT

D&B
75 Remittance Drive, Suite 1804
Chicago, IL 60675-1804

For CUSTOMER SERVICE or other questions call (800) 234-3867

| SUBSCRIBER # | DUNS # | INVOICE # | INVOICE DATE | TOTAL AMOUNT | PURCHASE ORDER # |
|---|---|---|---|---|---|
| 294906666 | 00-000-0000 | 8781422-01 | 10/05/2007 | -159.15 | |

| DATE/TIME | PRODUCT DESCRIPTION | INQUIRY NAME | DUNS# | AMOUNT |
|---|---|---|---|---|
| 09/25-11:35 | Business Information Report-MM | Ideal Jacobs | 12-569-0128 | -148.74 |
| | Ordered By: | State TAX NJ    7.000% | | -10.41 |

TOTAL AMOUNT:   -159.15

Please retain this portion for your records.

***Thank you*** for doing business with ***D&B***
Visit www.dnb.com to learn how D&B can help you Decide with Confidence.

BIP15A

1W7 (12/06)