# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me 1 | DATE: | NOVEMBER 13, 2007 |
|---|---|---|
| NAME OF SERVER<br>M. AL-HOMSI | TITLE: | Process Server |

Check one box below to indicate appropriate method of service.

Name of defendant being served:
ARNOLD HOLLAND

[X] Served personally upon the defendant. Place where served:
LIGHTYEAR ENTERTAINMENT LP, 434 AVENUE OF THE AMERICAS, NEW YORK, NY 10011

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the Summons and Complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty or perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: NOVEMBER 14, 2007

*[signature]*
MARY T. POWANDA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Mar. 22, 2011

*[signature]* M Al Homsi
M. AL-HOMSI
517 SOUTH LIVINGSTON AVENUE
LIVINGSTON, NEW JERSEY 07039

1 As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                 *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.