UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY SCHAEFFER, | ) |
| | ) |
| Plaintiff, | ) Case No. 07 Civ.9607 |
| | ) |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| LIGHTYEAR ENTERTAINMENT, LP, ARNOLD HOLLAND, DON SPIELVOGEO, AND JOEL KAPLAN, | ) ) ) ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance as counsel for defendants Lightyear Entertainment, LP, Arnold Holland, Don Spielvogel (incorrectly named herein as Don Spielvogeo), and Joel Kaplan, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Toby Butterfield, Esq., at the office and address stated below.

Dated: New York, New York
       December 3, 2007

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

By: _____
Toby M. J. Butterfield
Zehra J. Abdi
41 Madison Avenue, 34th Floor
New York, New York 10010
Telephone: (212) 974-7474
Telecopier: (212) 974-8474

Attorneys for Defendants