UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY SCHAEFFER, | ) |
| | ) |
| Plaintiff, | ) Case No. 07 Civ.9607 |
| | ) |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| LIGHTYEAR ENTERTAINMENT, LP, | ) |
| ARNOLD HOLLAND, DON SPIELVOGEO, | ) |
| AND JOEL KAPLAN, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE THAT the undersigned hereby enters an appearance as counsel for defendants Lightyear Entertainment, LP, Arnold Holland, Don Spielvogel (incorrectly named herein as Don Spielvogeo), and Joel Kaplan, and demands that copies of all papers in this action be served upon the undersigned, to the attention of Zehra J. Abdi, Esq., at the office and address stated below.

Dated: New York, New York
       December 3, 2007

                                        COWAN, DEBAETS, ABRAHAMS &
                                        SHEPPARD LLP

                                        By: _____
                                            Toby M. J. Butterfield
                                            Zehra J. Abdi
                                        41 Madison Avenue, 34th Floor
                                        New York, New York 10010
                                        Telephone: (212) 974-7474
                                        Telecopier: (212) 974-8474

                                        Attorneys for Defendants

{A060969.DOC/1}