UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY SCHAEFFER,<br><br>                          Plaintiff,<br><br>     v.<br><br>LIGHTYEAR ENTERTAINMENT, LP, ARNOLD HOLLAND, DON SPIELVOGEO AND JOEL KAPLAN,<br><br>                        Defendants. | Civil Action No. 07-CV-9607 (JSR)<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br><br>**Filed by ECF** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Defendant Lightyear Entertainment LP hereby certifies that Lightyear Entertainment LP has no parent companies and no publicly traded corporation owns 10% or more of its stock.

Dated:     New York, New York
                January 14, 2008

                COWAN DeBAETS ABRAHAMS & SHEPPARD LLP

                By: _____/s/_____
                      Toby Butterfield (TB-8599)
                      Zehra J. Abdi (ZA-7035)
               41 Madison Avenue
               New York, New York 10010
               (212) 974-7474
               (212) 974-8474

               Attorneys for Defendants Lightyear Entertainment, LP Arnold Holland, Don Spielvogel s/h/a Don Spielvogeo and Joel Kaplan