Rakoff/s

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY SCHAEFFER,

           Plaintiff,

v.

LIGHTYEAR ENTERTAINMENT, LP, ARNOLD HOLLAND, DON SPIELVOGEO AND JOEL KAPLAN,

           Defendants.

Docket No. 07-CV-9607 (JSR)

### STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

Plaintiff Gary Schaeffer and defendants Lightyear Entertainment, LP, Arnold Holland, Don Spielvogel (incorrectly named herein as Don Spielvogeo), and Joel Kaplan, by their respective undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-entitled action is dismissed with prejudice and without costs or attorney's fees to any party.

Dated: February 22, 2008

COWAN, DeBAETS, ABRAHAMS &
SHEPPARD LLP

By: _____
Toby M.J. Butterfield
41 Madison Avenue, 34th Fl.
New York, New York 10010
(212) 974-7474
*Attorneys for Defendants*

INGBER & GELBER LLP

By: _____
Mark J. Ingber
181 Millburn Avenue
Millburn, NJ 07041
*Attorneys for Plaintiff*

SO ORDERED:

Dated: 5/8/08

_____
HON. JED S. RAKOFF, U.S.D.J.

{A061446.DOC/1}{A061404.DOC/1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08